**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Cook, | NO. C 07-05085 JW |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| Michael J. Astrue, Commissioner, Social Security Admin. | |
|     Defendant. | |

Pursuant to the Court's November 30, 2007 Order Granting Plaintiff's Motion to Proceed In Forma Pauperis; Order Dismissing Complaint With Prejudice, judgment is entered in favor of Michael J. Astrue, Commissioner of Social Security Administration, against Plaintiff Michael Charles Cook.

The Clerk shall close this file.

Dated: November 30, 2007

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael Charles Cook
T-79529
CSP- New Folsom
P. O. Box 290066
Represa, Ca 95671-0066

**Dated:   November 30, 2007**               **Richard W. Wieking, Clerk**

                                              **By:  /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**