To The Clerk of the Court

I would like the prior Motion for reconsideration pertaining to the matter of Cook v United States C07-05085-JW, to be stricken from the record and dismissed if not yet herd by the Judge. This Motion dated 12-9-07 is the Motion of reconsideration i would like to be herd.

In closing thank you for your time

Sincerely

Micheal Cook plaintiff
Pro Se