to be included with Motion for Summary Judgement in The Matter of Cook v Michael J Astrue.

**I. Constitutional Law.** Interest of Social Security recipients in their Monthly Old Age or disability benefits amounts to statutory entitlement and therefor constitutes a property interest protected under Due Process Clause of fifth amendment U.S.C.A. Const Amend 15.

<u>Interest</u> = Synonymous with the words title, and estate. And even more significant than these word.

<u>Title</u>

The legal estate in fee clear of expressed differently the ownership of land or personal property or personality with out any other person in any part of it the union of all elements which constitute ownership.

<u>Entitlement</u> = Right to benefits, income or property which may not be abridged with out Due process.

<u>Property</u> = Anything one may own and transfer to another every species of right and interest capable of being enjoyed exclusive right of possessing and disposing of a thing ordinary to the exclusion of others

All the stated checks in exhibit one were simply returned to sender though U.S. Domestic Mail.

<u>Return</u> to go back from the place it came, to return to the custody of the sender.

Plaintiff now request that the Court order the Defendant to forward these <u>Returned</u> checks to his current address he reside.

I swear by the penalty of perjury the forgoing is true and correct. Executed this 18th day of January 2008.

Michael Cook

*[handwritten at top: Exhibit H / Original received notice of overpayment reconsideration]*

# Social Security Administration
## Supplemental Security Income
Notice of Reconsideration

SOCIAL SECURITY
280 S FIRST ST
ROOM 244
SAN JOSE, CA 95113
Claim Number: ▇▇▇▇-3056
July 27, 2007
JUL

MICHAEL COOK
CSP SACRAMENTO
CDC T79529
PO BOX 290066
REPRESA CA 95671

Reconsideration Filed:
April 9, 2007

You filed an appeal on 04/09/07 regarding SSI returned checks when you were incarcerated.

We have carefully reviewed your file and all the facts we have, the following SSI checks were returned to SSA: 10/01, 11/01, 12/01, 02/02, 10/02 and 11/02.

*[handwritten: The above instruments were neither indorsed, or negotiated back to SSA.]*

However, there was an outstanding SSI overpayment in the amount of $3336.78 due to your incarceration for the following months: 10/00, 11/00, 01/02, 05/02 and 12/02.

*[handwritten: MC plaintiff]*

We have decided to waive the outstanding overpayment of $3336.78 and you do not have to pay it back.

*[handwritten: The notice clearly states a right to a hearing, plaintiff made a timely request for a hearing.]*

### If You Disagree With The Decision

If you disagree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review your case again and look at any new facts you have before deciding your case.

- You have 60 days to ask for a hearing.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

See Next Page