**\*E-FILED 5/19/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL COOK, | NO. C 07-5085 RS |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| SOCIAL SECURITY ADMINISTRATION | |
| Defendant. | |

Plaintiff Michael Cook has filed at least four separate actions regarding his contention that he is entitled to recover certain Supplemental Social Security Income checks that allegedly were mailed to him but that he contends he never received or cashed.[1] To minimize any further

---

[1] Indeed, it appears that Cook may have filed several more actions regarding this matter that were dismissed by other judges. The four actions specifically identified herein all were assigned to this Court.

1

confusion, IT IS HEREBY ORDERED that all future pleadings, letters, motions, or other documents pertaining to this same basic dispute shall be filed under *this* case number, C 07-5085 RS, and shall not bear the case numbers of any of the related cases, nor be cross-filed in those cases. Cook is further ordered *not* to file *any* new complaints regarding this same basic dispute.

On January 28, 2008, the Court issued an order dismissing Case Nos. C 07-06068 RS and C 07-06232 RS on grounds that Cook had failed to exhaust his administrative remedies. That order noted that a third case, C 06-05950 RS, had been dismissed previously, and was on appeal before the Ninth Circuit.[2] In the January 28, 2008 order, however, the Court declined to dismiss *this* action *sua sponte*, but noted that "dismissal without leave to amend on the same grounds as in [the other] actions may ultimately be appropriate."[3]

From materials Cook has submitted in this action or in the related actions or both, it now appears that the Social Security Administration ("SSA") has advised Cook that he will be entitled to schedule a hearing before an administrative law judge ("ALJ") "once [he] is released from incarceration." The record is not clear as to when Cook may expect to be released, but it is the Court's understanding that it may be several years from now.

Thus, it appears that the SSA may be taking the position that Cook cannot exhaust his administrative remedies until he has had a hearing before an ALJ, but that he cannot have such a hearing until he is released from incarceration, which may not happen for a substantial period of time. In any event, this action is presently open and pending. Defendant has appeared, but has not answered or moved to dismiss. Defendant shall file responsive pleadings within 20 days of the date of this order. Again, Cook is directed that any future filings in this Court regarding this dispute

---

[2] On May 9, 2008, the Ninth Circuit issued an order requiring Cook to show cause within 21 days as to why that appeal should not be dismissed as premature, given that the same claims are still pending in this action.

[3] The Court observed that no motion to dismiss had been filed. Defendant's *reply* brief in support of its motion to dismiss the other actions was filed in this action, but no actual motion to dismiss was ever filed herein. The statement in the January 28, 2008 order that defendant had not yet been served in this action appears to have been incorrect. Regardless of when service was made, however, defendant has unquestionably now appeared in this action and has consented to the jurisdiction of a magistrate judge.

1  should bear this case number and no other case number.

3  IT IS SO ORDERED.

4  Dated: May 19, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 07-06068 RS

3

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James A. Scharf    james.scharf@usdoj.gov, mimi.lam@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Michael Cook
T-79529
Kern Valley State Prison
Post Office Box 5104
Dalano, CA 93216

Dated: May 19, 2008

                /s/ BAK
                Chambers of Magistrate Judge Richard Seeborg

ORDER
C 07-06068 RS

4