Date 5-18-08

RE Cook v Balono Case No C-V-06-05950-RS also
CV-07-05085 RS

It needs to be expressed to the court that this petitioner has obtained information from custody staff that all personal belongings included with records of all legal filings in this matter has been lost, or misplaced. Petitioner is now requesting a copy of all filings, pleadings, and judgments entered in this case. Petitioner has included documentation from superior officer with this notation. In closing thank you for the courts time.

Sincerely

Michael Cook
Petitioner in Pro See

Enclosed is Exhibit A# presenting proof of loss. Plaintiff would also like the status of this case # C-V07-05085

FILED
MAY 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

B4-206L

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Michael Cook    NUMBER: F-79529    ASSIGNMENT: AD/Sg    UNIT/ROOM NUMBER: B-1-20

A. Describe Problem: I have made numerous requests for legal useless material, and have yet to property receive the following and have yet to recieve this property, I have demonstrated legal dead line to both property officer, and legal officer. See (attached)

If you need more space, attach one additional sheet.

B. Action Requested: I am simply requesting that Facility B upper code be conveyed, also Recieving and Release be phoned in the objective of obtaining my property which has my legal property.

Inmate/Parolee Signature: _____    Date Submitted: 5-13-08

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: As of 5-19-08 your property hasn't been located in B1, R/R, B-Yrd B6,B4. Therefore your appeal is denied at this level due to the property not being found.

Staff Signature: A Day 85    Date Returned to Inmate: 5-19-08

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____