JOSEPH P. RUSSONIELLO (CS 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
Facsimile:   (408) 535-5081
james.scharf@usdoj.gov

Attorneys for Defendant Social Security Administration

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL COOK,<br><br>　　Plaintiff,<br><br>v.<br><br>SOCIAL SECURITY ADMINISTRATION<br><br>　　Defendant. | No. C 07 5085 RS<br><br>**DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:　July 9, 2008<br>Time:　9:30 a.m.<br>Judge: Honorable Richard Seeborg<br>Location: Courtroom 4, 5th Floor |

On June 12, 2008, plaintiff filed document 24, entitled "Notice for Claim of Delivery, Summary of Judgment, Motion Opposing Defendants' Motion to Dismiss." Defendant Social Security Administration herein briefly responds to this filing.

The substantive issues raised in plaintiff's June 12, 2008, filing are addressed in defendant's motion to dismiss filed June 2, 2008, and need not be repeated here. Suffice it to say that plaintiff does not deny the following facts in his opposition papers:

Fact Number 1: Plaintiff has been notified that he has been scheduled for a telephonic hearing before an Administrative Law Judge on June 24, 2008.

Fact Number 2: In the event the Administrative Law Judge finds against plaintiff at that telephonic hearing, plaintiff has the right to appeal.

Fact Number 3: Plaintiff has not fully exhausted his administrative remedies until he participates

DEFENDANT'S REPLY BRIEF
C 07-5085  RS

1  in that telephonic hearing and appeals any resulting adverse decision.

2  Fact Number 4: Plaintiff was incarcerated at the time the disputed checks were issued to him.

3  These undisputed facts entitle defendant to a dismissal with prejudice of the subject lawsuit on
4  one or both of the following grounds: (1) Plaintiff has not exhausted his administrative remedies.
5  (2) Even if plaintiff had exhausted his administrative remedies, he is not entitled to the disputed
6  checks because he was incarcerated at the time they were issued and therefore was not legally
7  entitled to them to begin with.

8  Accordingly, defendant requests that this action be dismissed with prejudice.

10                                         Respectfully submitted,
11  Dated: June 18, 2008                   JOSEPH P. RUSSONIELLO
                                           United States Attorney
12                                         JOANN M. SWANSON
                                           Chief, Civil Division
13                                         JAMES A. SCHARF
                                           Assistant United States Attorney
14                                         DONNA WADE ANDERSON
                                           Special Assistant U.S. Attorney
15                                         United States Social Security Administration

16
                                   By:           /S/
17                                         JAMES A. SCHARF
                                           Assistant United States Attorney
18                                         Attorney for Defendants

DEFENDANT'S REPLY BRIEF
C 07-5085  RS

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

**MICHAEL COOK v. UNITED STATES OF AMERICA**
**NO: C 06-05950 RS**

to be served this date upon the party(ies) as follows:

√ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___ **PERSONAL SERVICE (BY MESSENGER)**

___ **FACSIMILE (FAX)** Telephone No.: _____

___ **FEDERAL EXPRESS**

___ **HAND-DELIVERED**

to the parties addressed as follows:

**Michael Cook (pro se)**
**T-79529**
**Kern Valley State Prison**
**P.O. Box 6000**
**Delano, California 93212-6000**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18TH day of June 2008, at San Jose, California.

/S/
_____
Mimi Lam
Legal Assistant