Cook NO C07-5085RS

United States of America

Date set Date on Calender for Motions to be heard, already set.

Motion for Defendants Compliance in Mailing Plaintiff a tort claim form.

1. Plaintiff Michael Cook brings this Motion before the Court requesting that the Court order the Defendant to Mail to plaintiff a tort claim form. Plaintiff has made numerous requests to the Defendant also Defendants Counsel for this particular form to no avail. This concludes this Motion.

Respectfully Submitted by

Michael Cook Plaintiff

I Michael Cook hearby swear by the penalty of perjury that the forgoing is true and correct and can hereby testifie to this if called apon to do so. Executed this 20th day of June 2008.

A Copy of this Motion has been mailed to the following party

James A Scharf
United States Attorneys office
150 Almaden Blvd
San Jose CA 95113

FILED JUN 26 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE